United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 23-01012-MJC

Peter James Storaska, Jr.     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Jun 13, 2023     Form ID: ntcnfhrg     Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter James Storaska, Jr., 740 Weston Road, Sugarloaf, PA 18249-3824 |
| 5539542 | + | Amerihome Mortgage Company, 21300 Victory Blvd, Suite 900, Woodland Hills CA 91367-7728 |
| 5539545 | + | Commonwealth Health, PO Box 637289, Cincinnati OH 45263-7289 |
| 5539546 | | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5539550 | | Lehigh Valley Health Network, PO Box 781733, Philadelphia PA 19178-1733 |
| 5539551 | + | Melissa Halzelton, 55 West County Road, Sugarloaf PA 18249-3240 |
| 5539552 | + | Melissa M Hazelton, 55 West County Road, Sugarloaf PA 18249-3240 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2023 19:01:33 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5539540 | | Email/Text: amscbankruptcy@adt.com | Jun 13 2023 18:46:00 | ADT Security Services, PO Box 371878, Pittsburgh PA 15250-7878 |
| 5546704 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 13 2023 18:59:53 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5540043 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 13 2023 19:01:27 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5539541 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 13 2023 18:46:00 | Ally Financial, PO Box 380901, Bloomington MN 55438-0901 |
| 5539543 | + | Email/Text: bk@avant.com | Jun 13 2023 18:46:00 | Avant, 222 Merchandise Mart Plz, Suite 900, Chicago, IL 60654-1105 |
| 5539544 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2023 19:00:52 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 5539547 | + | Email/Text: bk@gafco.net | Jun 13 2023 18:46:00 | Great American/Finwise, 20 North Wacker Drive, Chicago IL 60606-3096 |
| 5539548 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 13 2023 18:46:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadlphia PA 19101-7346 |
| 5539549 | ^ | MEBN | Jun 13 2023 18:45:23 | KML Law Group, Suite 5000 BNY Independence Center, 701 Market Street, Philadelphia PA 19106-1541 |
| 5539553 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 13 2023 18:59:31 | Ollo Ally, 1511 Friendship Road, Jefferson City MO 65101-8703 |
| 5539554 | | Email/Text: bknotice@upgrade.com | Jun 13 2023 18:46:00 | Upgrade Inc, 275 Battery Street 22nd Floor, San Francisco, CA 94111 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 15, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2023 at the address(es) listed below:

**Name** — **Email Address**

Jack N Zaharopoulos
TWecf@pamd13trustee.com

John Fisher
on behalf of Debtor 1 Peter James Storaska Jr. johnvfisher@yahoo.com, fisherlawoffice@yahoo.com

Michael Patrick Farrington
on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Peter James Storaska Jr.,
aka Peter J Storaska,

Chapter 13

**Debtor 1**

Case No. 5:23−bk−01012−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 20, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: July 27, 2023  Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes−Barre, PA 18701  (570) 831−2500 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 13, 2023 |

ntcnfhrg (08/21)