Certificate Number: 17082-PAM-DE-037530071

Bankruptcy Case Number: 23-01012


17082-PAM-DE-037530071

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 21, 2023, at 12:22 o'clock PM MST, PETER J STORASKA completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 21, 2023

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director