IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: PETER JAMES STORASKA JR | : | Chapter 13 |
| AKA PETER J STORASKA | : | |
| | : | |
| Debtor | : | Case No. 5:23-bk-01012 |

## PRAECIPE TO WITHDRAW MOTION TO MODIFY CONFIRMED PLAN

TO THE CLERK:

Please withdraw the Motion to Modify Confirmed Plan filed in the above captioned case on February 9, 2024. I sought and received concurrence to withdraw the Motion to Modify Plan from the trustee's office. No parties other than the trustee have objected to this motion to modify plan so concurrence to withdraw should not be necessary from any other parties in this case.

Dated: March 8, 2024             LAW OFFICES OF JOHN FISHER, LLC

By: /s/ John Fisher
John Fisher, Esquire
Attorneys for Debtor
126 South Main Street
Pittston, PA 18640
(570) 569-2154; fax (570) 569-2167